08/12

# UNITED STATES BANKRUPTCY COURT
## Western District of Michigan

In Re: Danise Marie Audette

Debtor(s).

Case #:16-03238
Chapter 13
Hon. John T. Gregg
Filed: June 16, 2016

### FIRST PRE-CONFIRMATION AMENDMENT
### TO CHAPTER 13 PLAN

This amendment merely increases the plan payment for feasibility, amends the priority section to include the tax due City of Lansing, based on the claim as filed, and adds the Tax Parcel I.D. Number to the real property.

II. **FUNDING**

A. **PLAN PAYMENT** The Debtor(s) shall make payments in the amount of $ 840.00 per ☐ week, ☐ bi-weekly, ☐ semi-monthly, ☑ monthly, and/or ☐ Other (see "Additional Plan Payment Provisions" below) for the minimum of the Applicable Commitment period (ACP).
☐ Additional Plan Payment Provisions:

III. **DISBURSEMENTS**

B. **PRIORITY CLAIMS**

2. Priority Tax Claims are allowed claims under Section 507 and shall be paid in full by the Trustee.

Post-petition priority tax claims-absent objection, post-petition priority claims shall be paid in full pursuant to 11 U.S.C. Section 1305(a)(1) and (b). Any portion of the §1305 claim that is not paid through the Chapter 13 plan for whatever reason, including dismissal or conversion to Chapter 7, will remain non-dischargeable, even if the debtor(s) receive(s) a discharge.

**Mandatory information:**

| Creditor | Estimated Amount [ii] | Nature of Debt |
|---|---|---|
| City of Lansing | 219.90 | 2013 income tax obligation |

C. **SECURED CREDITORS**

1. **Real Property:**
   a. **Residential:** Post-Petition Mortgage Payments and Pre-Petition Arrears. The following is the street address and the tax ID parcel # for the Debtor's residential real property:

Property # 3225 Westmont Avenue Lansing, MI 48906-2549 Ingham County; 33-01-01-06-128-171

| Creditor Name | Trustee Pay (Y/N) | Monthly Payment Amt. | Estimated [iii] Arrearage | Taxes & insurance escrowed with lender? Y/N |
|---|---|---|---|---|
| Mortgage Center LLC | Y | 597.57 | 5,509.35 | Y |

Date: August 5, 2016

_Danise M. Audette_
Danise Marie Audette, Debtor

Date: August 5, 2016

_K. Krol_
Kristen L. Krol P55103, Counsel for the Debtor

---

[iii] The pre-petition arrearage is an estimate and the Trustee shall pay the pre-petition arrears based on the claim as filed by the Creditor. Any claim filed for pre-petition arrears shall be paid through the Plan over a reasonable period of time and pro-rata with other secured creditors

1 - Revised on 3-21-2012